IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 09 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-02056-BNB

CARLOS LANDEROS,

    Plaintiff,

v.

HOYT BRILL,
ARISTEDES W. ZAVARAS, and
DARREL VIGIL, Offender Services,

    Defendants.

## ORDER OF DISMISSAL

On September 23, 2008, Plaintiff Carlos Landeros submitted to the Court a *pro se* Letter in which he asserts claims about his conditions of confinement. At the time Plaintiff initiated the instant action, he was in the custody of the Colorado Department of Corrections and was housed at the Kit Carson Correctional Center in Burlington, Colorado. He now is held at the Fort Lyon, Colorado, Correctional Facility.

On September 24, 2008, Magistrate Judge Boyd N. Boland entered an order directing the Clerk of the Court to commence a civil action and instructing Mr. Landeros to file his claims on a Court-approved form used in filing prisoner complaints and to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C.

§ 1915. Plaintiff was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On October 6, 2008, Mr. Landeros filed his claims on a Prisoner Complaint form and submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. He, however, failed to submit a certified copy of his trust fund account statement. Mr. Landeros was granted an additional thirty days to provide a certified statement. The October 7, 2008, Minute Order granting Plaintiff an additional thirty days to comply with the September 24, 2008, Order was returned to the Court, and the envelope containing the Minute Order was marked, "Name and Doc. # do not Match," and "Return to Sender Refused Unable to Forward." On October 20, 2008, the Clerk of the Court resent the October 7, 2008, Minute Order to Plaintiff with a corrected inmate number noted in the address.

Subsequently, Mr. Landeros filed a Letter on October 21, 2008. The return address on the envelope that contained the October 21, 2008, Letter indicated Mr. Landeros had been transferred to a different DOC prison facility. In light of the transfer, the Court directed the Clerk of the Court to resend to Mr. Landeros copies of all minute orders that had been entered by Magistrate Judge Boland. Mr. Landeros was given an additional thirty days from October 29, 2008, to comply with the September 24, 2008, Order to Cure Deficiencies.

Mr. Landeros now has failed to communicate with the Court, and as a result he has failed to cure all deficiencies within the time allowed. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to cure all deficiencies.

DATED at Denver, Colorado, this 9 day of Dec., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02056-BNB

Carlos Landeros
Prisoner No. 139651
Kit Carson Corr. Center
PO Box 2000
Burlington, CO 80807

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on **12/9/08**

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk